AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FILED
OCT 28 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-mj-6153 |
| Derek S. Lopez | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 27, 2025** in the county of **Woodford** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against the President |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

REDACTED
*Complainant's signature*

Jerome Smith, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2025

*Judge's signature*

City and state: Peoria, Illinois

Ronald L. Hanna, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-mj- |
| ) | **Filed Under Seal** |
| Derek S. Lopez ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND REQUEST FOR ARREST WARRANT

I, Special Agent Jerome Smith, being duly sworn on oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 27, 2019. I am presently assigned to the FBI Springfield Field Office's Counterterrorism Division's Joint Terrorism Task Force. I previously was assigned to the FBI Chicago Field Office's Counterterrorism Division as a Special Agent on an International Terrorism Squad. As a Special Agent with the FBI, I have experience working a variety of federal criminal and national security matters to include violations relating to international terrorism, including conspiracy and the provision and attempted provision of material support or resources to a foreign terrorist organization. In addition, I have conducted numerous investigations involving the use of the internet and social media to further criminal activity. I have participated in the execution of multiple federal search warrants. As a federal agent, I am authorized to

investigate violations of laws of the United States as well as execute warrants issued under the authority of the United States. This includes threats against the President and successors of the Presidency, in violation of 18 U.S.C. § 871.

2. This affidavit is made in support of a criminal complaint charging Derek S. Lopez (hereinafter "Lopez"), born May 7, 1998, with threats against the President in violation of 18 U.S.C. § 871, Threats against President and successors to the Presidency.

3. I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from other law enforcement professionals. The following is a summary and not a complete rendition of all facts relevant to the investigation. If called to testify, I would testify as follows:

4. On or about September 15, 2025, a complainant reported to the FBI National Threat Operations Center that Instagram/Facebook user Lopez was making concerning statements online. The complainant advised Lopez had been making statements on social media that sounded threatening and forwarded pictures of some of his posts to the FBI. Through this reporting, Lopez was identified as a male, date of birth May 7, 1998, living at 357 W 3rd Street, El Paso, Illinois 61738.

5. Some of the posts the complainant sent were from what appeared to be a social media account with the username derek200pz which was assessed to be an account used by Lopez. Some of the social media posts and/or comments made by derek200pz were as follows (not meant to be all inclusive or verbatim):

    a. I am a Christian communist and will kill you if you decide to call yourself a fucking nazi. Hitler died once. Let's go for 2/2 (reference picture below):

2



derek200pz I am a Christian communist and I will kill you if you decide to call yourself a fucking nazi. Hitler died once. Let's go for 2/2 less

    b.    Cry. Harder. And I'm not a liberal, I'm a leftist. We kill Nazis and Neo Nazis. Don't like it? Die. / And we kill Klansmen too. Any Fascist can get it! (reference picture below):



c. POV: You're a tire on an ICE vehicle (reference picture in below which shows a masked individual assessed to be Lopez holding a knife):



6. Other social media accounts were located that were assessed to be used by Lopez with usernames such as derek_s_lopez, Derek Lopez, and @Derek200p. This assessment was made partially based on the username naming conventions matching

4

Derek Lopez's name as well as the profile pictures being pictures of Lopez. These accounts posted the following statements (not meant to be all inclusive or verbatim):

    a.    ...like the Schutzstaffel, right? So you guys are Naught Sees...interesting interesting. *cocks gun* stay right there, don't move (reference picture below):



    b.    I STAND WITH (punching) ICE (in the face) (reference picture below):



5

c. …My free speech is this: I, Derek S Lopez, killed him. I killed Charlie Kirk. (reference picture below):



7. On October 9, 2025, FBI contacted Lopez, at his reported phone number 309-824-2064, and he consented to meet agents for an interview. Lopez advised he was currently at Illinois State University (ISU) campus and could meet agents there. Multiple times during the interview, agents advised Lopez on the differences between first amendment protected speech and making threatening communications online and what people may perceive as being threatened. The following is a summary of that interview (not meant to be an all-inclusive or verbatim report of the entire interview):

a. Lopez advised what he was doing online was a little crazy but he viewed his online activity as "performance art."

6

b. Lopez's Instagram account was "Derek200pz." Lopez has said that he wants to kill Nazis on his Instagram page. Lopez made a post in which he put an emoji of crosshairs on the United States Representative to the United Nations that blocked a cease fire deal in Gaza. There was a picture of her doing the nazi salute that he put crosshairs on. He opined that did feel like he could be threatening a specific person and asked agents about it.

c. Lopez had no intentions or plans to hurt or kill anyone. Lopez viewed himself as non-violent but believed that some people need to be killed. Lopez viewed his online activity as a vent for how power-less he felt in real-life. Lopez does not own a firearm. Lopez had made a post on SnapChat that included language about cocking a gun; but he did not actually own any guns.

8. After the interview had concluded, Lopez, from phone number 309-824-2064, texted FBI interviewing agent:

Lopez: "Is this your personal number bro?"

FBI agent: "Yes on my work phone."

Lopez then texted FBI interviewing agent the following picture which appeared to be from one of his social media accounts "Derek @Derek200pz".



9.      On October 10, 2025, Derek Lopez, from phone number 309-824-2064, texted FBI interviewing agent. The conversation was as follows:

**Lopez:**      I posted about you but without your faces.

**Lopez:**      Is that ok?

FBI agent:    Hey, are you talking about the above picture or something different?

**Lopez:**      (sent the following picture below)



8

10. On or about October 14, 2025, a social media account with the username "Agent Smith" (@Derek77789444409) was located. The social media account Derek200pz was also interacting with this "Agent Smith" account. The account profile picture appeared to be a picture Lopez took of one of the interviewing FBI agents with graphics posted over his face. The account profile stated: Professional FBI Agent. Predictive Crimes Dept. Thoughtcrime becomes real crime. Let's get them off the streets and into camps, BEFORE they commit real crimes (reference picture below).



11. Another post from this account, which appeared to have been posted on October 16, 2025, talked about shooting someone with a gun (reference picture below).

9



12. On October 18, 2025, FBI was contacted by ISU Police Chief who advised Lopez was arrested the previous day, October 17, 2025, for disorderly conduct for flipping another Turning Point USA students table.

13. On October 18, 2025, a post was located from Derek200pz where someone commented the post seemed like a threat (reference picture below)



14. On October 20, 2025, ISU Police reported they arrested Lopez again for Disorderly Conduct for previously flipping over a Turning Point table on October 13, 2025.

15. On October 22, 2025, ISU Police provided the FBI two reports regarding Lopez: ISU202500196 and ISU202500203.

16. Excerpts from ISU202500196, including the October 15, 2025 ISU Police interview of Lopez, were as follows (not meant to be an all-inclusive or verbatim account of the report):

    a. He (Lopez) does use social media to post online for friends to see, which he described some of his posts could be vile. He thinks people his age (Gen Z) use the internet as joke to them. He explained he posted on social media about how he wanted to kill Nazis. He said it feels like Nazism and Fascism is on the rise. He stated he doesn't want to kill people but his honest opinion some powerful people should be killed. He explained how when Sadam Hussein was killed nobody questioned it. Now with Nazis and Facists in the White House, he says it feels bad to say "I hope those people get killed by someone". He says when he posts he's not very clear that he doesn't want to kill them himself, but if it "scares" people to be less of a Nazi or Fascist then it is okay. He said he would like to convince people not to be Nazis or Fascist, so his posts are a way to tell people they are in danger if they are Nazis or Fascists. He said though not from him, "because he wants to stab them with a knife" but from a generation of people who hate Nazis and Fascists. He said Nazis are people who should be scared to be who

11

they are. He explained that Nazis and Fascists are the ones who are telling a lie and know it to be a lie such as billionaires like Elon Musk. He also stated there are Nazis and Fascists sympathizers on campus such as people who don't believe in transgender ideology (example Turning Point USA).

      b.      When he posts online Lopez admitted he is trying to scare people into not being Nazis and Fascists. He thinks people can be saved by scaring them into the doing the right thing instead of killing them. He said the people who he is threatening see his posts will not want to be Nazis or Fascists. The people who are not Nazis or Fascists see his posts see that Nazis and Fascists are not safe, and he hopes those posts make non-Nazis and non Fascists feel safer. He stated when Charlie Kirk was assassinated is when he started this idea of posting to kill Nazis or Fascists. He was always against Nazis or Fascists.

      c.      On the Instagram post from account derek_s_lopez, he explained he posted in the comments of the Secret Service Instagram about the account being down during the government shut down, and thought it was funny to say "this is the perfect time to kill the president! The Secret Service is down!"

      d.      The next was a Snapchat chat room where someone stated something "antisemitic" he explained. In the comments of that chat, someone posted "fr with two lighting bolts". Lopez explained two lightning bolts was texting slang for the SS (Schutzstaffel) of Nazi Germany. He replied to the chat stating "two lightning bolts, like the Schutzstaffel, right? so you guys are Naught Sees... interesting interesting. *cocks guns* stay right there, don't move." He even

12

imitated pumping/reloading a shotgun with his hands as he explained the post. He stated he does not own guns, and he does not know the people in the chat. He assumed they were kids thinking they were cool using the two lightning bolts. He laughed while agreeing to "threatening kids with a hypothetical gun", and to scare them about posting "Nazi" stuff may get them shot. He again stated he does not know who these people are or if they were kids, but the goal was to threaten them with thought of committing violence but not actually committing the violence. The people in chat are saying the Nazis are cool, and he is trying to "educate" them that Nazis are bad.

   e.   He said if his words convince people to kill Nazis then it is better than killing people who didn't deserve it. He then compared himself to Charlie Kirk saying they are both innocent if their words don't commit the crimes, but if people act off their words, it is on the people for committing the crimes not his words.

17. On October 26, 2025, a complainant reported another post to the FBI that was made by Lopez. This video post appeared to be from Lopez's Instagram account derek_s_lopez.

18. The post stated "@fbidirectorkash HEY ARE NAZIS PROTECTED UNDER HATESPEECH LAWS OR NOT? You da boss of this stuff. RIGHT? (emoji face with glasses)." The post contained a video of an unknown male (UM1) appearing to cock a handgun, walk down a road, and then point the gun. When UM1 pointed the gun, an image popped up of President Donald Trump wearing a crown with what appeared to

13

be red cross hairs on his forehead. Then multiple images of FBI Director Kash Patel popped up in the background with a video of an unknown male (UM2) dancing. Screenshots of the Instagram account and parts of the video were posted below:







19. On October 27, 2025, it appeared that Lopez's X.com account username: Derek @Derek200pz posted in a thread "I'm gonna kill Donald Trump, idaf"

Reference picture below:



20. On October 27, 2025, it appeared that social media account with the username "Agent Smith" (@Derek77789444409), that was used by Lopez, reposted the aforementioned Derek200pz post about killing the president. The "Agent Smith" account

15

post stated "This is exactly the type of speech we at the FBI cannot condone, Derek. S I L E N C E (emoji face with zipper mouth)"

Reference picture below:



21.     Based upon the above information, there is probable cause to believe that Lopez has committed the crimes of threats against the president, in violation of 18 U.S.C. § 871.

## REQUEST FOR SEALING

22.     I further request that the Court order that all documents in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to

seal these documents because their premature disclosure may seriously jeopardize the safety of officers.

_____REDACTED_____
Jerome M. Smith, Special Agent
Federal Bureau of Investigation

Subscribed and sworn by telephone
this 28th day of October, 2025

_____
RONALD L. HANNA
UNITED STATES MAGISTRATE JUDGE

17