# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Peoria Division

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.

**DEREK S. LOPEZ,**
  Defendant.

Case No. 25-MJ-6153

## TEMPORARY ORDER OF DETENTION

The Defendant appeared before this Court for initial appearance following arrest pursuant to a Criminal Complaint. Upon Court's own motion to continue, the detention hearing and preliminary hearing are set for November 3, 2025, at 2:00 P.M. before the Honorable Ronald L. Hanna, United States Magistrate Judge, in person, Courtroom D, United States Courthouse, Peoria, Illinois. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

  ENTERED: October 29, 2025

                s/ Ronald L. Hanna
                U.S. MAGISTRATE JUDGE