E-FILED
Monday, 03 November, 2025 04:41:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**DEREK S. LOPEZ,**
    Defendant.

Case No. 25-MJ-6153

## ORDER OF DETENTION

On November 3, 2025, the Court held both a preliminary hearing and detention hearing on the Complaint charging Defendant Derek S. Lopez with violating 18 U.S.C. § 871 (threats against the President). The Court has considered the sworn testimony and exhibits presented at the hearing, the oral argument of counsel, and the applicable statutory language.

The Court finds probable cause to believe that the Defendant committed the offense charged in the Complaint, specifically that the Defendant violated 18 U.S.C. § 871.

The Government moved to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1), and after considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court finds that detention is warranted.

The Court concludes the Defendant must be detained pending further proceedings because the Government has proven by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the Defendant's appearance as required. Additionally, the Court finds the Defendant's release poses a serious danger to any person or the community. The Government has proven by clear and convincing evidence that no condition or combination of conditions of release will adequately mitigate that danger.

In addition to the findings made on the record at the hearing, the Court finds the

following reasons support detention:

1. The offense charged is a crime of violence;
2. The weight of the evidence against the Defendant is strong;
3. The Defendant has a significant history of substance abuse;
4. The Defendant's release poses a serious danger to any person or the community.

In making its determination, the Court considered the Defendant's history and characteristics, including his response to prior law enforcement confrontations. Specifically, the Defendant was confronted by law enforcement regarding the perception of his threats, yet responded by escalating his behavior. He later became physical during an incident at a nonprofit organization on a college campus, where he overturned tables. Furthermore, despite being warned by his family about the seriousness of his conduct, the Defendant remained unpersuaded and continued his troubling behavior. This history demonstrates a disregard for authority and the severity of his actions, reinforcing the Court's conclusion that his release would pose an ongoing risk to the community.

Accordingly, the Court orders that the Defendant be BOUND OVER for grand jury action and that the Defendant be DETAINED pending the grand jury's decision.

Pursuant to 18 U.S.C. § 3142(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant is afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is REMANDED to the custody of the United States Marshal.

ENTERED: 11/3/2025

                                                       s/    Ronald L. Hanna
                                                            U.S. MAGISTRATE JUDGE